IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 04-1709T, 05-223T, 05-564T, and 06-216 T

(Filed: July 10, 2006)

CHARLES M. SCHNEPP, and
HARRIET A. SCHNEPP,

Plaintiffs,

v.

UNITED STATES,

Defendant.

CURTIS L. IVEY, and
DORIS W. IVEY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

WALTER S. ROBERTS, and
PATRICIA J. ROBERTS,

Plaintiffs,

v.

UNITED STATES,

Defendant.

| | |
|---|---|
| LAWRENCE R. MCCANN, and<br>CECIL MCCANN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Pending before the court in *McCann v. United States*, No. 06-216T, is a Joint Motion to Stay Proceedings, filed May 16, 2006. Similar motions were previously granted in *Schnepp v. United States*, No. 04-1709T (case stayed January 31, 2005), *Ivey v. United States*, No. 05-223T (case stayed on April 19, 2005), and *Roberts v. United States*, No. 05-564T (case stayed on July 21, 2005).

A status conference is scheduled for August 22, 2006 at 2:00 p.m. EDT in these cases to address the motion pending in *McCann* and the issues presented by the four cases, taken collectively. The status conference will take place by telephonic means. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge