IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-216 T

(Filed: August 8, 2008)

LAWRENCE R. MCCANN, and
CECIL MCCANN,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Over the past months, decisions have been rendered which may have a bearing on the issues presented by this case. As a consequence, the court requests that the parties file a joint status report on or before September 25, 2008, providing the parties' observations and suggestions for the handling of the pending issues.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge